UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>RICKY LUGO,<br>    Defendant. | §<br>§<br>§<br>§  Case No. 1:15 CR 10309-1<br>§  Honorable Judge Gorton<br>§<br>§ |

MOTION FOR REEVALUATION OF RESTITUTION
PURSUANT TO 18 U.S.C. 3664(f)(2)(A)(B)(C)
AND PURSUANT TO 18 U.S.C.S. §3572

COMES NOW, Ricky Lugo, the Defendant in the above captioned action, pro se, who respectfully moves this Honorable Court to reconsider the payment of the imposed restitution order now enforced against the Defendant. The Defendant will and does show the following enumerated facts in support of his judicial notice for remission or expungement of restitution due to the change in financial circumstances of the Defendant and his debilitating prognosis of health that he has now received, which greatly impacts his ability to earn any employment wages or an expectation of a financial burden placed upon him that was not relevant at his time of sentencing and is now a pressing weight of his ability to sustain himself.

1. The Defendant was sentenced to a period of imprisonment of 12 months and 1 day, along with the stipulation of 2 years of supervised release and restitution was ordered in the amount of $104,239.79, payable to the Court. This is for violation of Title 18:2320(A)(4) Trafficking in Counterfeit Drugs; 18:2323 Forfeiture.

*Motion denied.* /s/ NM Gorton, USDJ 11/9/16

1